UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JULIE KOFFLER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:21-CV-05278-BAT<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate the claimant's residual functional capacity and the medical opinions; obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy, resolving any apparent conflicts between that testimony and the Dictionary of Occupational Titles; give the claimant an opportunity for a hearing; take any further action needed to complete the

administrative record; and issue a new decision. The Appeals Council will also instruct that a different ALJ be assigned to the case.

DATED this 8th day of December, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Shata L. Stucky
SHATA L. STUCKY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7050
Telephone: (206) 615-2909
Fax: (206) 615-2531
shata.stucky@ssa.gov